IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. KLINE, J.D., | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAYBREAK GROUP, LLC, | : | |
| MICHAEL LANDIS and | : | |
| ALTIA LANDIS, | : | |
|     Defendants | : | NO. |

## NOTICE OF REMOVAL

Defendants DAYBREAK GROUP, LLC, MICHAEL LANDIS and ALTIA LANDIS ("Defendants"), by their undersigned counsel, hereby petition this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1.    Defendants are defendants in an action pending in the Commonwealth of Pennsylvania, Court of Common Pleas of Snyder County, Civil Action – Law, No. CV-52-2017 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2.    Plaintiff in the State Court Action is ROBERT D. KLINE, J.D. ("Plaintiff"). See Exhibit "A".

3.    Plaintiff's State Court Action alleges violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227.

4.    The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.    Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State

court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Telephone Consumer Protection Act, 42 U.S.C. § 227, Defendants may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendants.

WHEREFORE, Defendants DAYBREAK GROUP, LLC, MICHASEL LANDIS and ALTIA LANDIS pray that the State Court Action be removed from the Commonwealth of Pennsylvania, Court of Common Pleas of Snyder County, Civil Action – Law, No. CV-52-2017, to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By:    /S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
PA Atty ID Nos. 72883 & 94134
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
mlittman@finemanlawfirm.com
Attorneys for Defendants

Dated:   October 13, 2017

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF System, or by Certified Mail, Return Receipt Requested, and regular First Class Mail, postage prepaid, on the following:

>Robert D. Kline, J.D.
>2256 Fairview Road
>McClure, PA  17841
>(v) 570-658-3448
>>Plaintiff pro se

>>/S/ Richard J. Perr
>>RICHARD J. PERR, ESQUIRE

Dated:   October 13, 2017